AO442 (Rev. 12/85) Warrant for Arrest

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA
V.

Lamarr Renea Pittman

**WARRANT FOR ARREST**

CASE NUMBER: 06 - 116 - M - 01

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest __Lamarr Renea Pittman__
Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

☐ Indictment   ☐ Information   ☒ Complaint   ☐ Order of Court   ☐ Violation Notice   ☐ Probation Violation Petition

charging him or her with (brief description of offense)

Pittman, did unlawfully, knowingly and intentionally conspire to provide false statements to a Federal firearms licensee during the acquistion of a firearm, in violation of 18 U.S.C. § § 922(a)(6) and 371.

in violation of Title 18, United States Code, Section(s) § 922(a)(6) and 371

JOHN M. FACCIOLA
U.S. MAGISTRATE JUDGE
Name of Issuing Officer

JOHN M. FACCIOLA
U.S. MAGISTRATE JUDGE
Title of Issuing Officer

[signature]
Signature of Issuing Officer

MAR 1 4 2006   District of Columbia
Date and Location

Bail fixed at $ _____ by _____
Name of Judicial Officer

**FILED**
MAR 2 0 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

### RETURN

This warrant was received and executed with the arrest of the above-named defendant at _____

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| 3-14-06 | Sean McLeod | [signature] Sean McLeod |
| DATE OF ARREST 3-20-06 | | |