UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA      :
                              :
v.                            :        Criminal No. 06- 116 M
                              :
LAMARR PITTMAN                :
    Defendant.                :        **FILED**

                                        MAR 2 0 2006

                    ORDER            NANCY MAYER WHITTINGTON, CLERK
                                           U.S. DISTRICT COURT

Upon a representation by the United States that the defendant has never been the subject of "routine processing" (booking, fingerprinting, photographing) in this case, it is this 20 day of March, 2006;

**ORDERED** that the defendant shall submit to "routine processing" by agents of the Bureau of Alcohol, Tobacco, Firearms and Explosives and for major case fingerprinting including tips, sides and palm prints by the Bureau of Alcohol, Tobacco, Firearms and Explosives.

                                   _____
                                   Magistrate Judge
                                   United States District Court
                                   for the District of Columbia