UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | |
| v. | ) | Cr. # 06- 116-M (JMF) |
| | ) | |
| LAMARR PITTMAN | ) | |

**<u>PRAECIPE</u>**

THE CLERK OF THE COURT WILL PLEASE NOTE the appearance of Elise Haldane as court-appointed counsel for defendant Lamarr Pittman.

                                                       Respectfully submitted

                                                  _____/s/_____
                                                  Elise Haldane #242826
                                                  303 E Street NE
                                                  Washington, DC 20002
                                                  202/659-8700
                                                  Fax 202/544-0165
                                                  Email: EHaldane@msn.com