UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Criminal No: |
| | : | |
| v. | : | MAGISTRATE NO. **06-0116M-01** |
| | : | |
| **LAMARR PITTMAN,** | : | VIOLATION:  18 U.S.C. § 371 |
| | : | (Conspiracy to Make False Statements) |
| **Defendant.** | : | |

## INFORMATION

The United States Attorney charges:

### COUNT ONE

From on or about April 1, 2005, and continuing thereafter at least until on or about April 24, 2005, in the District of Columbia, the State of North Carolina and elsewhere, the defendant, Lamarr Pittman, knowingly and willfully conspired and agreed with a person whose identity is known to the United States to commit certain offenses against the United States, specifically to make false written and oral statements in connection with the acquisition of a firearm which were intended to deceive a licensed dealer as to material facts related to lawfulness of the sale and disposition of that firearm in violation of 18 U.S.C. § 922 (a)(6).

In furtherance of the conspiracy and to effect the object of the conspiracy, the following overt acts, among others, were committed in the District of Columbia and elsewhere:

(1) On or about April 1, 2005, in the District of Columbia, a co-conspirator spoke with Defendant about purchasing firearms for it in the state of North Carolina because the co-conspirator could not purchase a firearm due to its status as a convicted felon.

(2) On or about April 2, 2005, Defendant and the co-conspirator drove to a pawn shop in Rocky Mount, North Carolina, where the co-conspirator in Defendant's presence selected firearms

it wanted to purchase.

(3) On or about April 2, 2005, in the state of North Carolina, Defendant completed the necessary paperwork to purchase the firearms, falsely stating that she was not buying the firearms for another person, and paid for the firearms with money provided by the co-conspirator.

(4) On or about April 3, 2005, Defendant and the co-conspirator drove from the state of North Carolina to Washington, D.C., where the co-conspirator removed the firearms from Defendant's car and took them into an apartment building.

(5) On or about April 23, 2005, Defendant and the co-conspirator drove to a pawn shop in Spring Lake, North Carolina where the co-conspirator again selected a firearm that it wanted to purchase.

(6) On or about April 23, 2005, in the state of North Carolina, Defendant again completed the necessary paperwork to purchase a firearm, falsely stating that she was not purchasing it for another person, and paid for the firearm using with money given to her by the co-conspirator.

(7) On or about April 24, 2005, Defendant and the co-conspirator drove from the state of North Carolina back to Washington, D.C., where the co-conspirator removed the firearm from Defendant's car and took it into a building.

(**Conspiracy to Make False Statements**, in violation of Title 18, United States Code, Section 371)

          JEFFREY A. TAYLOR
          Attorney of the United States in
          and for the District of Columbia

By:   _____
       DENISE M. CLARK
       D.C. Bar No. 479149
       Assistant United States Attorney
       Federal Major Crimes Section
       555 4th Street, N.W.
       Washington, D.C. 20530
       (202) 353-8213