UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| **v.** ) | Cr. # 06-324 (JGP) |
| ) | |
| **LAMARR PITTMAN** ) | |
| _____) | |

## CONSENT MOTION FOR PAYMENT OF TRAVEL EXPENSES
## AND MEMORANDUM IN SUPPORT

Defendant, Lamarr Pittman, through counsel, Elise Haldane, respectfully moves this Court for an order directing the United States Marshal to pay travel expenses incident to defendant's appearance at an arraignment and plea hearing scheduled for November 1, 2006. As grounds for this motion, defendant states:

1. On December 6, 2005, Ms. Pittman qualified for court-appointed counsel pursuant to the Criminal Justice Act.

2. On March 20, 2006, defendant appeared before this Court for an initial appearance in the above-referenced case. A status hearing, scheduled for November 1, 2006, has been converted to a date for arraignment and plea before this court.

3. Ms. Pittman is financially unable to pay for travel from Princeville, North Carolina to the District of Columbia.

4. 18 U.S.C. § 4285 allows the Court to order that the United States Marshal pay for travel expenses for persons released pending further judicial proceedings in cases in which

the Court is satisfied that the defendant is "financially unable to provide the necessary transportation to appear before the required court on his own."

5.  Denise Clark, AUSA, has advised the undersigned counsel that the government consents to this motion.

WHEREFORE, defendant respectfully moves this Court for an order directing the United States Marshal to reimburse her for round-trip travel to the District of Columbia on November 1, 2006.

Respectfully submitted,

_____/s/_____
Elise Haldane #242826
303 E Street, NE
Washington, DC 20002
202/659-8700

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Cr. # 06-324 (JGP) |
| ) | |
| LAMARR PITTMAN ) | |
| _____) | |

## ORDER

Upon consideration of defendant's Consent Motion for Payment of Travel Expenses pursuant to 18 U.S.C. § 4285, it is, this _____ day of November, 2006, hereby

ORDERED that pursuant to 18 U.S.C. §4285 the United States Marshal's Service shall reimburse defendant Lamarr Pittman for her round-trip travel to the arraignment/plea hearing of this case on November 1, 2006.

_____
MAGISTRATE JUDGE

CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Motion has been served electronically upon Steven Durham, AUSA, Office of the US Attorney, 555 4th Street, N.W., Washington, D.C. 20530 and by mail, first-class postage prepaid, to Robert L. Hall, Jr., DCDC 309578, CCA, 1901 E Street, SE, Washington, D.C. 20003.

_____
Elise Haldane