UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**

NOV 0 1 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES OF AMERICA )
)
vs. ) Criminal Case No. 06-324 - JGP
)
)
**LAMARR PITTMAN** )

WAIVER OF INDICTMENT

I, **LAMARR PITTMAN**, the above-name defendant, who is accused of

18 USC 371
Conspiracy to Make False Statements

being advised of the nature of the charge(s), the proposed information, and of my rights,

hereby waive in open court on **November 1, 2006** prosecution by indictment

and consent that the proceeding may be by information rather than by indictment.

_____
Defendant

_____
Counsel for Defendant

Before_____    Date: Nov 1, 2006
Judge John Garrett Penn