# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

**FILED**

NOV 01 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Cr. # 06-324 (JGP) |
| | ) | |
| LAMARR PITTMAN | ) | |
| | ) | |

## ORDER

Upon consideration of defendant's Consent Motion for Payment of Travel Expenses

pursuant to 18 U.S.C. § 4285, it is, this _____ day of November, 2006, hereby

ORDERED that pursuant to 18 U.S.C. §4285 the United States Marshal's Service shall

reimburse defendant Lamarr Pittman for her ~~round-trip~~ travel to the arraignment/plea

hearing of this case on November 1, 2006. and was travel by her on

January 16, 2007.