UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | CRIMINAL NO. 06-324-JGP |
| v. : | |
| : | **FILED** |
| LAMARR PITTMAN, : | NOV 0 1 2006 |
| Defendant. : | NANCY MAYER WHITTINGTON, CLERK |
| : | U.S. DISTRICT COURT |

FACTUAL PROFFER IN SUPPORT OF GUILTY PLEA

Had this matter proceeded to trial, the Government was prepared to prove beyond a reasonable doubt that on April 1, 2005, Ms. Pittman and Darick Napper drove from Washington, D.C. to North Carolina. While enroute to North Carolina, the two discussed the fact that Ms. Pittman would purchase a firearm for Mr. Napper because Mr. Napper was a convicted felon. On April 2, 2005, Ms. Pittman and Mr. Napper went to a pawn shop in Rocky Mount, North Carolina where Mr. Napper showed Ms. Pittman the two firearms he wanted to purchase. Mr. Napper whispered questions for Ms. Pittman to ask the salesperson and asked several additional questions of the salesperson himself. Mr. Napper then left the store. Ms. Pittman completed the necessary firearm purchase paperwork, where she falsely indicated that she was not buying the firearms on behalf of anyone else. Ms. Pittman then purchased the firearms and two boxes of ammunition using money supplied by Mr. Napper. Ms. Pittman loaded the firearms and ammunition into the trunk of her car. On April 3, 2005, Ms. Pittman drove Mr. Napper to an apartment building in Washington, D.C. When they arrived, Mr. Napper removed the guns and ammunition from the trunk and disappeared with them inside of an apartment. Ms. Pittman never saw the weapons or ammunition again.

A few weeks later, Ms. Pittman and Mr. Napper drove back down to North Carolina. On April 23, 2005, they visited a pawn shop in Spring Lake, North Carolina where Ms. Pittman purchased a rifle at Mr. Napper's request using money Mr. Napper supplied. Again, Ms. Pittman completed firearms purchase paperwork in which she falsely indicated that she was not buying the firearm on behalf of anyone else. The next day, Ms. Pittman and Mr. Napper returned to D.C. Ms. Pittman dropped Mr. Napper off at the home of one of his friends. Mr. Napper removed the rifle from the car and took it into his friend's home. Ms. Pittman never saw that weapon again.

Respectfully submitted,

JEFFREY A. TAYLOR
United States Attorney

_____
DENISE M. CLARK
Assistant United States Attorney
D.C. Bar No. 479149
Federal Major Crimes Section
555 Fourth Street, N.W., Room 4840
Washington, D.C. 20530
202-353-8213

## DEFENDANT'S ACKNOWLEDGMENT

I have read this factual proffer and have discussed it with my attorney, Elise Haldane, Esquire. I fully understand this factual proffer. I agree and acknowledge by my signature that this proffer of facts is true and accurate. I do this voluntarily and of my own free will. No threats have been made to me nor am I under the influence of anything that could impede my ability to understand this factual proffer fully.

Date: 11-1-06

_____
LAMARR PITTMAN
Defendant

## ATTORNEY'S ACKNOWLEDGMENT

I have read this factual proffer, and have reviewed it with my client fully. I concur in my client's desire to adopt this factual proffer as true and accurate.

Date: 11/1/06

_____
ELISE HALDANE
Attorney for Defendant