UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Criminal Action No. 06-0324 (JGP) |
| ) | |
| LAMARR R. PITTMAN, ) | |
| ) | |
| Defendant. ) | |

FILED

NOV 2 - 2006

**ORDER**

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

This case came before the Court for a plea hearing on November 1, 2006. The Court accepted the defendant's plea of guilty to Conspiracy to Make False Statements, in violation of 18 U.S.C. § 371 (2000), pursuant to a plea agreement executed on March 21, 2006. Accordingly, it is hereby:

**ORDERED** that this matter is referred to the Probation Office for the preparation of a Presentence Investigation Report; it is further

**ORDERED** that the parties may submit memoranda in aid of sentencing on or before January 9, 2006; and it is further

**ORDERED** that this matter is set down for sentencing on January 16, 2007, at 11:00 A.M. in Courtroom 15.

DATE: November 2, 2006

JOHN GARRETT PENN
United States District Judge