## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

**FILED**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Docket No.: __06-CR-324__ |
| | : | |
| vs. | : | SSN: |
| | : | |
| PITTMAN, Lamarr | : | Disclosure Date: __December 12, 2006__ |

JAN 1 8 2007

**NANCY MAYER WHITTINGTON, CLERK**
**U.S. DISTRICT COURT**

## RECEIPT AND ACKNOWLEDGMENT OF
## PRESENTENCE INVESTIGATION REPORT

This is to acknowledge that each of the undersigned has received and reviewed the Presentence Investigation Report (PSR) in the above-entitled case. The undersigned further acknowledges that:

### For the Government

(CHECK APPROPRIATE BOX)
  (  )    There are no material/factual inaccuracies therein.
  (  )    There are material/factual inaccuracies in the PSI report as set forth in the attachment herein.

_____        _____
**Prosecuting Attorney**                                   **Date**

### For the Defendant

(CHECK APPROPRIATE BOX)
  (  )    There are no material/factual inaccuracies therein.
  ( ✓ )   There are material/factual inaccuracies in the PSI report as set forth in the attachment.

_____  12-27-06        _____ 12/20/06
**Defendant**         **Date**          **Defense Counsel**       **Date**

## NOTICE OF OBLIGATION OF THOSE EXECUTING THIS FORM

Pursuant to Local Rule 32(f)(2), those executing this form shall first submit any material inaccuracies or disputes in writing by __December 26, 2006__, to U.S. Probation Officer __Linsey Epson__, telephone number __(202) 565-1376__, fax number __(202) 273-0242__.

Pursuant to Rule 32(b)(6)(B), effective December 1, 1994, it shall be the responsibility of the Attorney for the Government and the Defense Counsel to provide each other with a copy of the objections at the same time the objections are filed with the probation office.

## FOR THE COURT

By:    Gennine A. Hagar, Acting Chief
       United States Probation Officer

Receipt and Acknowledgment

Signed by: _____
(Defendant/Defense Attorney/AUSA)

Date: _____