HONORABLE JOHN GARRETT PENN, UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**
JAN 16 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| UNITED STATES OF AMERICA | : | Docket No.: <u>06-CR-324</u> |
|---|---|---|
| vs. | : | SSN: |
| PITTMAN, Lamarr | : | Disclosure Date: <u>December 12, 2006</u> |

## RECEIPT AND ACKNOWLEDGMENT OF PRESENTENCE INVESTIGATION REPORT

This is to acknowledge that each of the undersigned has received and reviewed the Presentence Investigation Report (PSR) in the above-entitled case. The undersigned further acknowledges that:

### For the Government

(CHECK APPROPRIATE BOX)
(X)    There are no material/factual inaccuracies therein.
( )    There are material/factual inaccuracies in the PSI report as set forth in the attachment herein.

_____          12/20/06
Prosecuting Attorney                          Date

### For the Defendant

(CHECK APPROPRIATE BOX)
( )    There are no material/factual inaccuracies therein.
( )    There are material/factual inaccuracies in the PSI report as set forth in the attachment.

_____  _____  _____  _____
Defendant              Date              Defense Counsel          Date

## NOTICE OF OBLIGATION OF THOSE EXECUTING THIS FORM

Pursuant to Local Rule 32(f)(2), those executing this form shall first submit any material inaccuracies or disputes in writing by **December 26, 2006**, to U.S. Probation Officer **Linsey Epson**, telephone number **(202) 565-1376**, fax number **(202) 273-0242**.

Pursuant to Rule 32(b)(6)(B), effective December 1, 1994, it shall be the responsibility of the Attorney for the Government and the Defense Counsel to provide each other with a copy of the objections at the same time the objections are filed with the probation office.

**FOR THE COURT**

By:    Gennine A. Hagar, Acting Chief
       United States Probation Officer